# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Presnell, Gregory A. | Middle Dist/FL, Orlando Div. | 04/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 5750
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bob Donaldson | Plane transportation, Orlando to Marsh Harbor | $600.00 |
| 2. | Paul Mears, Jr. | Plane transportation, Marsh Harbor to Orlando | $600.00 |
| 3. | Paul Mears, Jr. | Plane transportation, troundtrip Orlando to Minnesota | $500.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 (CB) | A | Interest | M | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-CB) (1) | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. Fidelity GP Trust | | | | | | | | | |
| 40. Vanguard Prime MM Fund & Cash | A | Dividend | | | Sold | 9/23/11 | K | A | |
| 41. Vanguard Total Bond Mkt. | B | Dividend | L | T | | | | | |
| 42. Vanguard Fl. Tax Exempt | B | Dividend | | | Sold | 7/20/11 | L | A | |
| 43. Vanguard Health Care | A | Dividend | J | T | Sold (part) | 1/18/11 | J | C | |
| 44. Vanguard health Care | A | Dividend | J | T | Sold (part) | 9/13/11 | K | C | |
| 45. Vanguard Sm Cap. Index | A | Dividend | K | T | Sold (part) | 9/13/11 | K | C | |
| 46. Vanguard Tax-Managed G&I | A | Dividend | J | T | | | | | |
| 47. Vanguard Tax-Managed Inter'l | A | Dividend | J | T | Sold (part) | 10/27/11 | J | A | |
| 48. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 49. Vanguard GNMA Fund | A | Dividend | J | T | Sold (part) | 9/13/11 | K | B | |
| 50. Vanguard Inter-Term Bd. Index | B | Dividend | K | T | | | | | |
| 51. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Emerging Mkt. Stock Index | A | Dividend | | | Sold | 1/18/11 | K | B | |
| 53. Vanguard Tips Bd. | B | Dividend | L | T | | | | | |
| 54. | | | | | | | | | |
| 55. iShares S&P Commodity | A | Dividend | J | T | | | | | |
| 56. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 57. iShares S&P 500 Index | A | Dividend | J | T | | | | | |
| 58. iShares Barclays US Agg. Bd | A | Dividend | J | T | | | | | |
| 59. iShares MSCI Emer. Mkt. ICX | A | Dividend | J | T | | | | | |
| 60. iShares S&P NA Nat. Res. | A | Dividend | K | T | | | | | |
| 61. iShares MSCI EAFE Idx | A | Dividend | J | T | | | | | |
| 62. iShares Russell 1000 Val. | A | Dividend | | | Sold | 7/20/11 | J | A | |
| 63. iShares Russell 1000 Gr. | A | Dividend | | | Sold | 9/8/11 | J | A | |
| 64. iShares Russell 1000 Idx | A | Dividend | | | Sold | 1/18/11 | J | A | |
| 65. iShares Russell 2000 Idx | A | Dividend | J | T | | | | | |
| 66. iShares 2017 S&P AMT-free | A | Dividend | K | T | Buy | 9/19/11 | K | | |
| 67. iShares 2016 S&P AMT-free | A | Dividend | K | T | Buy | 9/19/11 | K | | |
| 68. iSharies 2015 S&P AMT-free | A | Dividend | K | T | Buy | 9/19/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nuveen Muni. Val. | B | Dividend | K | T | | | | | |
| 70. Powershares QQQ | A | Dividend | | | Sold | 9/8/11 | J | A | |
| 71. Vanguard Div. Appr. | A | Dividend | J | T | | | | | |
| 72. Vanguard Consumer St. | A | Dividend | | | Sold | 9/8/11 | J | A | |
| 73. Vanguard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 74. Vanguard Total Stock Mtk. | A | Dividend | J | T | | | | | |
| 75. Vanguard Div. Gr. | A | Dividend | K | T | Buy | 11/07/11 | J | | |
| 76. Vanguard Inter. Term Bd. | A | Dividend | K | T | Buy | 1/18/11 | J | | |
| 77. Fidelity Tax Free Bd. | B | Dividend | K | T | | | | | |
| 78. Invesco Diver. Div. | A | Dividend | | | Sold | 11/07/11 | J | A | |
| 79. Dodge & Cox Inter'l | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 80. Dreyfus Emer. Mkt. | A | Dividend | J | T | | | | | |
| 81. Harbor Bond Inst. | A | Dividend | K | T | | | | | |
| 82. Harbor International | A | Dividend | K | T | Buy | 10/27/11 | J | | |
| 83. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 84. Loomis Sayles Bond | C | Dividend | K | T | Buy | 1/18/11 | J | | |
| 85. Pimco Emer. Mkt Bond | B | Dividend | K | T | Buy | 1/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Unconstrained Bd. | B | Dividend | L | T | | | | | |
| 87. T Rowe Price Div. Gr. | A | Dividend | J | T | | | | | |
| 88. Royce Low Price | A | Dividend | J | T | | | | | |
| 89. SEI High Yield Bd. | A | Dividend | J | T | | | | | |
| 90. US Treas. Nt 2012 | A | Interest | J | T | | | | | |
| 91. US Treas Nt 2014 | A | Interest | K | T | | | | | |
| 92. BMW Bank CD 2013 | A | Interest | K | T | | | | | |
| 93. T Rowe Price Int'l Bd. (2) | A | Dividend | | | Sold | 5/17/10 | K | A | |
| 94. iShares GSCI Commod. | A | Dividend | J | T | | | | | |
| 95. Ally Bank CD, 2013 | A | Interest | K | T | Buy | 9/23/11 | K | | |
| 96. Ally Bank CD, 2013 | A | Interest | J | T | Buy | 11/14/11 | J | | |
| 97. Discover Bk CD, 2014 | A | Interest | K | T | Buy | 9/23/11 | K | | |
| 98. Goldman Sachs Bk, 2018 | A | Interest | K | T | Buy | 9/23/11 | K | | |
| 99. State Bk India CD | A | Interest | K | T | Buy | 9/21/11 | K | | |
| 100. Fla. BOE Bd | A | Interest | J | T | Buy | 1/19/11 | J | | |
| 101. | | | | | | | | | |
| 102. Fidelity CB Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Mid-Cap | A | Dividend | J | T | | | | | |
| 104. Vanguard Prime MM Fd. and Cash | A | Dividend | K | T | Sold (part) | 9/26/11 | J | A | |
| 105. | | | | | | | | | |
| 106. Vanguard Equity Income Fd. | A | Dividend | J | T | | | | | |
| 107. Vanguard Global Equity Fd. | A | Dividend | | | Sold | 9/13/11 | J | A | |
| 108. Vanguard 500 Index Fd. | A | Dividend | | | Sold | 9/13/11 | J | A | |
| 109. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 110. Vanguard Windsor II Fd. | A | Dividend | | | Sold | 7/20/11 | J | A | |
| 111. Vanguard Total Bond Mkt. Index | B | Dividend | L | T | | | | | |
| 112. Vanguard Inflation Protected Sec. | C | Dividend | L | T | | | | | |
| 113. Vanguard Fl. L.T. Tax Ex. | B | Dividend | | | Sold | 7/20/11 | L | A | |
| 114. Vanguard Select Val. Fd. | A | Dividend | | | Sold | 9/13/11 | K | A | |
| 115. Vanguard Sm Cap. Val. Index | A | Dividend | J | T | | | | | |
| 116. Vanguard Inter. Term Tax Ex. | A | Dividend | L | T | | | | | |
| 117. Vanguard Inter. Term. Bd. Index | B | Dividend | L | T | | | | | |
| 118. iShares MSCI Emer. Mkt. Index (5) | | | | | | | | | |
| 119. Leuthold Asset Alloc. | A | Dividend | | | Sold | 12/15/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pimco Unconstrained Bd. Fd. | B | Dividend | L | T | | | | | |
| 121. Vanguard GNMA | A | Dividend | | | Sold | 9/13/11 | J | A | |
| 122. iShares Barclay's Tips (6) | | | | | | | | | |
| 123. iShares Russell 1000 Val. | A | Dividend | | | Sold | 7/20/11 | J | | |
| 124. iShares Russell 1000 Gr. (7) | | | | | | | | | |
| 125. iShares Russell 2000 (8) | | | | | | | | | |
| 126. iShares S&P AMT-free 2015 | A | Dividend | K | T | Buy | 10/7/11 | J | | |
| 127. iShares S&P AMT-free 2014 | A | Dividend | K | T | Buy | 10/7/11 | J | | |
| 128. iShares S&P AMT-free 2013 | A | Dividend | K | T | Buy | 10/7/11 | J | | |
| 129. Powershares QQQ | A | Dividend | J | T | | | | | |
| 130. Vanguard Div. Appr. | A | Dividend | K | T | Buy | 2/23/11 | J | | |
| 131. Vanguard Emer. Mkt | A | Dividend | J | T | | | | | |
| 132. US Tres. Note, 2012 | A | Dividend | J | T | | | | | |
| 133. US Tres. Strip, 2013 | A | Dividend | J | T | | | | | |
| 134. US Tres. Note, 2014 | A | Dividend | K | T | | | | | |
| 135. US Tres. Strip, 2015 | A | Dividend | J | T | | | | | |
| 136. Fidelity Tax Free Bd | B | Dividend | K | T | Buy | 1/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Invesco Diver Div. | A | Dividend | | | Sold | 11/7/11 | K | A | |
| 138.  Dodge & Cox Intern'l | A | Dividend | K | T | | | | | |
| 139.  Dreyfus Emer. Mkt. | A | Dividend | | | Sold | 10/7/11 | J | A | |
| 140.  Harbor Bond Inst. | A | Dividend | K | T | | | | | |
| 141.  Harbor Int'l | A | Dividend | J | T | | | | | |
| 142.  Lazard Emer Mkt | A | Dividend | J | T | | | | | |
| 143.  Loomis Sayles Bd. | D | Dividend | L | T | Buy | 1/10/11 | K | | |
| 144.  Pimco Emer. Mkt. Bond Inst. | A | Dividend | J | T | | | | | |
| 145.  Pimco Emer. Mkt. Bond Admin. | A | Dividend | J | T | | | | | |
| 146.  Pimco Emer. Mkt. Class A | A | Dividend | J | T | | | | | |
| 147.  Pimco Commod. Real Return | D | Dividend | K | T | | | | | |
| 148.  Royce Low Price | A | Dividend | J | T | Buy | 1/10/11 | J | | |
| 149.  SEI Hi Yield Bd. | A | Dividend | J | T | | | | | |
| 150.  Vanguard Div. Gr. | A | Dividend | L | T | Buy | 11/7/11 | K | | |
| 151. | | | | | | | | | |
| 152.  iShares GSCI Commod | A | Dividend | K | T | Buy | 1/10/11 | J | | |
| 153.  Vanguard Inter. Term T/E | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. iShares Amt., 2017 | A | Dividend | K | T | Buy | 5/13/11 | K | | |
| 156. iShares Amt., 2016 | A | Dividend | K | T | Buy | 1/10/11 | K | | |
| 157. US Treas., 2016 | A | Interest | K | T | Buy | 1/10/11 | K | | |
| 158. US Treas. Strip, 2016 | A | Interest | K | T | Buy | 5/13/11 | K | | |
| 159. US Treas. Strip, 2017 | A | Interest | K | T | Buy | 5/13/11 | K | | |
| 160. Fidelity US MM | A | Interest | M | T | Buy | 9/26/11 | M | | |
| 161. FPA Crescent | A | Interest | K | T | Buy | 12/15/11 | K | | |
| 162. Beal Bank CD | A | Interest | J | T | Buy | 10/14/11 | J | | |
| 163. City Bk SLC | A | Interest | J | T | Buy | 10/17/11 | J | | |
| 164. GE Cap. 2018 | A | Interest | K | T | Buy | 9/29/11 | K | | |
| 165. GE Cap. 2013 | A | Interest | J | T | Buy | 10/12/11 | J | | |
| 166. Nuveen Mun. Value Fund | A | Dividend | K | T | | | | | |
| 167. Liquid Asset Fund and Cash--Morgan Stanley Smith Barney | A | Dividend | | | Sold | 9/30/11 | K | A | |
| 168. MSDW Global Div. Gr./ Invesco MSDW Global Div. Gr. | A | Dividend | | | Sold | 10/7/11 | J | A | |
| 169. Putnam U.S. Gov't | A | Dividend | | | Sold | 10/7/11 | K | A | |
| 170. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  iShares S&P 500 | A | Dividend | J | T | | | | | |
| 172.  iShares Russell 1000 Gr. | A | Dividend | K | T | | | | | |
| 173.  iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 174.  Broward Co. W&S Bd. | A | Interest | | | Redeemed | 10/3/11 | J | A | |
| 175.  Alliance Berger Muni-Fi | A | Dividend | J | T | | | | | |
| 176.  Allianz Sm. Cap | A | Dividend | | | Sold | 10/7/11 | J | A | |
| 177. | | | | | | | | | |
| 178.  iShares Russ. 2000 | A | Dividend | K | T | | | | | |
| 179.  iShares MSCI Emer. Mkt. | A | Dividend | K | T | Buy | 2/23/11 | J | | |
| 180.  iShares Barclays Tips | B | Dividend | K | T | Buy | 2/23/11 | J | | |
| 181.  iShares S&P NA Nat. Resource | A | Dividend | K | T | Buy | 2/23/11 | J | | |
| 182.  iShares MSCI EAFE | A | Dividend | J | T | | | | | |
| 183.  Fidelity NASDAQ | A | Dividend | J | T | | | | | |
| 184.  iShares S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 185.  iShares DJ Select Div. | A | Dividend | J | T | | | | | |
| 186.  Lee Co. Bond | A | Interest | | | Redeemed | 10/3/11 | J | A | |
| 187.  Mia-Dade Bond | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. iShares IBOXX | A | Dividend | K | T | Buy | 2/23/11 | J | | |
| 189. Vanguard Con. St. ETF | A | Dividend | K | T | | | | | |
| 190. Hawaii Bd. | A | Interest | J | T | | | | | |
| 191. FSU Bd. | A | Interest | J | T | | | | | |
| 192. iShares Barlcays Agg. Bd. Fd. | A | Dividend | K | T | | | | | |
| 193. iShares Barclays 3-7 Yr. Treas. | A | Dividend | L | T | Buy | 10/13/11 | J | | |
| 194. SPDR Barclays Cap. Int'l. | A | Dividend | K | T | | | | | |
| 195. Vanguard Div. Appr. (10) | | | | | | | | | |
| 196. Invesco Diver. Div. | A | Dividend | | | Sold | 11/7/11 | J | | |
| 197. Pimco Emer. Mkt. (3) | | | | | | | | | |
| 198. Oppenheimer Dev. Mkt. | A | Dividend | | | Sold | 10/7/11 | J | | |
| 199. | | | | | | | | | |
| 200. Vanguard Annuity (CB) | | | | | | | | | |
| 201. Money Market | | None | J | T | | | | | |
| 202. Total Bond Market | | None | K | T | | | | | |
| 203. Short Term Corp. | | None | J | T | | | | | |
| 204. Diversified Value | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Equity Income | | None | J | T | | | | | |
| 206.  Equity Index | | None | J | T | | | | | |
| 207.  Growth | | None | J | T | | | | | |
| 208.  Mid-Cap Index | | None | J | T | | | | | |
| 209.  Small Co. Growth | | None | J | T | | | | | |
| 210.  International | | None | K | T | | | | | |
| 211.  Total Stock Mkt. Index | | None | J | T | | | | | |
| 212. | | | | | | | | | |
| 213.  Boggy Creek Ltd.-Orange County, FL | | None | J | W | | | | | |
| 214.  Jetport Ltd., Orange County, FL | | None | M | W | | | | | |
| 215.  Wetherbee Ltd., Orange County, FL | | None | M | W | | | | | |
| 216.  Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 217. | | | | | | | | | |
| 218.  IRA (MS-CB) | | | | | | | | | |
| 219.  MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |
| 220.  MS Bank | A | Interest | J | T | | | | | |
| 221.  Amex S&P 500 | A | Dividend | | | Sold | 10/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. iShares MSCI-EAFE | A | Dividend | | | Sold | 10/13/11 | J | A | |
| 223. iShares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 224. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 225. iShares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 226. Pimco Total Return | A | Dividend | K | T | | | | | |
| 227. iShares MSCI Emer. Mkt. | A | Dividend | | | Sold | 10/13/11 | J | A | |
| 228. S&P No. Amer. NR | A | Dividend | J | T | | | | | |
| 229. iShares Barclays Tips | A | Dividend | K | T | Buy | 10/13/11 | J | | |
| 230. Vanguard Consumer St. | A | Dividend | J | T | | | | | |
| 231. iShares Barclays Agg. Bd. Fd. | A | Dividend | K | T | Buy | 10/13/11 | J | | |
| 232. iShares Barclays 7 Yr. Treas. 3- | A | Dividend | K | T | Buy | 10/13/11 | J | | |
| 233. | | | | | | | | | |
| 234. IRA-Fidelity (GP) | | | | | | | | | |
| 235. Fidelity Cash Reserves & MM | A | Dividend | L | T | | | | | |
| 236. Wilshire Lg. Gr. | A | Dividend | L | T | | | | | |
| 237. Harbor Int'l | A | Dividend | K | T | Sold (part) | 1/31/11 | L | E | |
| 238. iShares Russell 1000 Val. | A | Dividend | | | Sold | 9/7/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Pimco Emerg. Mkts. Bd. | C | Dividend | L | T | | | | | |
| 240. T. Rowe Price Int'l Bd. (2) | A | Dividend | | | Sold | 5/17/10 | J | A | |
| 241. Vanguard Explorer | A | Dividend | K | T | | | | | |
| 242. iShares Russell 200 Val. | A | Dividend | K | T | | | | | |
| 243. iShares Barclays US TIPS | C | Dividend | L | T | | | | | |
| 244. iShares Barclays US Agg. Bd. Fd. | D | Dividend | M | T | Sold (part) | 7/28/11 | K | | |
| 245. | | | | | | | | | |
| 246. Harbor Bond Inst. | C | Dividend | M | T | Buy | 7/28/11 | K | | |
| 247. Loomis Sayles Bond | D | Dividend | M | T | Buy | 9/20/11 | L | | |
| 248. iShares GCSI Comm. Idx. | A | Dividend | K | T | Buy | 1/31/11 | J | | |
| 249. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 250. iShares Russ 1000 Gr. | A | Dividend | J | T | | | | | |
| 251. Lazard Emer. Mkt. | A | Dividend | K | T | Sold (part) | 1/31/11 | J | A | |
| 252. US T. Note 2012 | | None | K | T | | | | | |
| 253. US Tips | B | Interest | K | T | Buy | 2/1/11 | J | | |
| 254. US Treas Strips 2014, 2015, and 2016 | | None | M | T | | | | | |
| 255. Invesco Diver. Div. | A | Dividend | | | Sold | 11/7/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Dreyfus Emer. Mkt | A | Dividend | J | T | | | | | |
| 257. Leuthold Asset Alloc. | A | Dividend | | | Sold | 9/6/11 | K | B | |
| 258. Pimco Unconstrained Bd. | C | Dividend | M | T | Buy | 7/28/11 | K | | |
| 259. T Rowe Price Div. Gr. | A | Dividend | J | T | | | | | |
| 260. Vanguard Sp. Div. App. | A | Dividend | K | T | | | | | |
| 261. US Tr. Strip, 2017 | A | Interest | K | T | Buy | 10/27/11 | K | | |
| 262. US Tr. Strip, 2018 | A | Interest | K | T | Buy | 10/27/11 | K | | |
| 263. US Tr. Strip, 2019 | A | Interest | K | T | Buy | 9/20/11 | K | | |
| 264. US Tr. Strip, 2020 | A | Interest | K | T | Buy | 9/20/11 | K | | |
| 265. US Tips - 2019 | A | Dividend | K | T | Buy | 11/7/11 | K | | |
| 266. Vanguard Div. Gr. | A | Dividend | K | T | Buy | 11/7/11 | K | | |
| 267. Ally Bk CD | A | Interest | K | T | Buy | 7/29/11 | K | | |
| 268. Goldman Sachs CD | A | Interest | K | T | Buy | 9/23/11 | K | | |
| 269. | | | | | | | | | |
| 270. AS&E PS Acct. (CB) (9) | | | | | | | | | |
| 271. SunTrust Stable Asset Fund | | | K | T | | | | | |
| 272. Pimco Total Return | | | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Artisan Int'l (2) | | | | | Sold | 09/01/10 | K | | |
| 274. Vanguard 500 Index | | | M | T | | | | | |
| 275. Amer. Century | | | K | T | | | | | |
| 276. Ridgeworth Sm. Cap. | | | K | T | | | | | |
| 277. Pimco Real Return | | | M | T | | | | | |
| 278. Harbor Int'l | | | K | T | | | | | |
| 279. Oakmark Fund | | | K | T | | | | | |
| 280. Ridgeworth Lg. Cap | | | | | Sold | 12/31/11 | K | | |
| 281. | | | | | | | | | |
| 282. W&M IRA | | | | | | | | | |
| 283. iShares Barclays TIP | A | Dividend | J | T | | | | | |
| 284. iShares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 285. iShares Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 286. Harbor Bond Inst. | A | Dividend | K | T | | | | | |
| 287. Harbor Int'l | A | Dividend | J | T | | | | | |
| 288. Pimco Emer. Mkt. | A | Dividend | J | T | | | | | |
| 289. Pimco Commod. Real. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Vanguard Exp. | A | Dividend | J | T | | | | | |
| 291. Wilshire Lg. Gr. (4) | A | Dividend | J | T | | | | | |
| 292. Fidelity Cash Res. | A | Dividend | J | T | | | | | |
| 293. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 294. Loomis Sayles Bd. | A | Dividend | K | T | | | | | |
| 295. Pimco Total Return | A | Dividend | J | T | | | | | |
| 296. iShares Barclay's US Agg. Bd. Fd. | A | Dividend | J | T | Sold (part) | 1/19/11 | J | | |
| 297. Pimco Unconstrained Bd. | A | Dividend | J | T | | | | | |
| 298. | | | | | | | | | |
| 299. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 04/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1.  This account was transferred in kind on 9/26/11 to Fidelity CB Trust (Line 102; see lines 166-198); .

2.  Sold in 2010 and entered in error.

3.  Merged with Line 146.

4.  Merged with Line 52.

5.  Merged with Line 18.

6.  Merged with Line 19.

7.  Merged with Line 11.

8.  Merged with Line 17.

9.  Employee-managed account.  Contributions reported quarterly.  No information received regarding income, gains or losses.

10. Merged with line 130.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Gregory A. Presnell

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544